IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ALLAN PETERSON,

      Plaintiff,                     No. CIV S-04-2345 FCD GGH P

    vs.

A. TEDFORD, et al.,

      Defendants.           <u>ORDER</u>

_____/

        All parties have stipulated that this action be dismissed.  Accordingly, this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)

DATED: 5/25/06

                                       /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

GGH:bb
pete2345.59

1